UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EARL DANNER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE COUNTY OF SAN JOAQUIN, and MANUEL ANDRADE,<br><br>    Defendants. | No.  2:15-cv-887-MCE-EFB<br><br><br>ORDER |

Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's declarations make the showing required by 28 U.S.C. §1915(a).  *See* ECF Nos. 3, 4. Accordingly, the request to proceed *in forma pauperis* is granted.  28 U.S.C. § 1915(a).  The Clerk is directed to issue summons forthwith.

DATED: May 4, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE