**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK KONZ, ESQ
CA State Bar No. 286902

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN and
MANUEL ANDRADE

**THE LAW OFFICE OF YOUSEF J. TOTAH**
YOUSEF J. TOTAH, ESQ. (SBN: 296759)
951 Mariners Island Blvd., Suite 300
San Mateo, California 94404
Telephone: (650) 378-1290
Facsimile: (650) 378-1291
E-mail: y.totah@yousefjtotahlaw.com

Attorney for Plaintiff,
JONATHAN EARL DANNER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EARL DANNER, | Case No.: 2:15-cv-00887-MCE-EFB |
| Plaintiff, | **JOINT OBJECTION TO THE INITIAL PRETRIAL SCHEDULING ORDER; STIPULATION AND PROPOSED ORDER FOR MODIFICATION OF THE INITIAL PRETRIAL SCHEDULING ORDER.** |
| vs. | |
| THE COUNTY OF SAN JOAQUIN, and MANUEL ANDRADE, | |
| Defendants. | |

Pursuant to Fed. Rules Civ. Proc., rule 16(b)(4), by stipulation of all parties, and good cause showing therefor, Defendants COUNTY OF SAN JOAQUIN and MANUEL ANDRADE

---
Joint Objection To The Initial Pretrial Scheduling Order; Stipulation And Proposed Order For Modification Of The Initial Pretrial Scheduling Order.
**Page 1**

(collectively hereinafter "Defendants") and Plaintiff JONATHAN DANNER hereby move this Court to modify the Initial Pretrial Scheduling Order. (ECF No. 24.)

## I.   PROCEDURAL BACKGROUND

On April 24, 2015, Plaintiff filed his original Complaint in this matter. (ECF No. 1.)

On August 18, 2015, Defendants COUNTY OF SAN JOAQUIN and MANUEL ANDRADE filed a motion to dismiss Plaintiff's complaint pursuant to Fed. Rules Civ. Proc., rule 12(b)(6). (ECF No. 13.)

On December 2, 2015, the court GRANTED in part and DENIED in part Defendants' motion to dismiss. (ECF No. 18.)

On December 21, 2015, Plaintiff filed a First Amended Complaint. (ECF No. 19.)

On January 11, 2016, Defendants filed Answers to Plaintiff's First Amended Complaint. (ECF Nos. 20, 21.)

On May 4, 2016, the Court issued a Pretrial Scheduling Order. (ECF No. 24.) The Pretrial Scheduling Order required, **"[a]ll discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty−five (365) days from the filing of the original complaint in the action."** (ECF No. 24, 2:18-20.)

## II.   STIPULATION AND STATEMENT OF GOOD CAUSE

Good cause exists to modify the Pretrial Scheduling Order.

As the scheduling order currently directs, discovery is to be completed by April 24, 2016 ("365 days from the filing of the original complaint"). This date has already passed and already passed when the court issued the May 4, 2016 Pretrial Scheduling Order. Neither party has conducted discovery yet.

The parties hereby stipulate and request that the Court modify the Pretrial Scheduling Order such that the non-expert discovery cut-off date be set to three hundred sixty-five (365) days from the December 21, 2015 filing of Plaintiff's First Amended Complaint. Accordingly, the new proposed non-expert discovery cut-off date would be December 21, 2016. All other

timelines in the Court's Pretrial Scheduling Order would remain the same, as they are conditioned on occurring within a set number of days after the non-expert discovery cut-off date.

Defendants and Plaintiff, by and through their attorneys of record, hereby stipulate and agree to the foregoing modification of the Scheduling Order.

DATED: May 13, 2016            **MAYALL HURLEY, P.C.**

                               */s/ Mark E. Berry*
                               By_____
                                  MARK E. BERRY, Esq.
                                  Attorney for Defendants, COUNT OF SAN
                                  JOAQUIN and MANUEL ANDRADE

DATED: May 13, 2016            **THE LAW OFFICE OF YOUSEF J. TOTAH**

                               */s/ Yousef J. Totah* (as authorized on 5/13/16)
                               By_____
                                  YOUSEF J. TOTAH, Esq.
                                  Attorney for Plaintiff, JONATHAN DANNER

### ORDER

By stipulation of the parties and good cause appearing therefor, the Court hereby Orders that the Pretrial Scheduling Order (ECF No. 24) is modified as follows:

**All discovery in this action, with the exception of expert discovery, shall be completed no later than December 21, 2016. The previous date of April 24, 2016 is hereby vacated.**

**IT IS SO ORDERED.**

Dated: May 16, 2016

                               _____
                               MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE

_____
Joint Objection To The Initial Pretrial Scheduling Order; Stipulation And Proposed Order For Modification Of The Initial Pretrial Scheduling Order.
**Page 3**