1

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor

2

Stockton, California 95207-8253
Telephone (209) 477-3833

3

MARK E. BERRY, ESQ.
CA State Bar No. 155091

4

DERICK KONZ, ESQ
CA State Bar No. 286902

5

6

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN and

7

MANUEL ANDRADE

8

9

**THE LAW OFFICE OF JUSTIN KIRK TABAYOYON**
JUSTIN KIRK TABAYOYON, ESQ. (SBN: 288957)

10

1125 Mission Street, Suite 209
Fairfield, California 94553

11

Telephone: (707) 726-6009
Facsimile: (925) 609-4003

12

13

Attorney for Plaintiff,
JONATHAN EARL DANNER

14

15

### UNITED STATES DISTRICT COURT

16

### FOR THE EASTERN DISTRICT OF CALIFORNIA

17

18

**JONATHAN EARL DANNER,**                )   **Case No.: 2:15-cv-00887-MCE-EFB**
                                         )
19

                          **Plaintiff**, )   **STIPULATION FOR PROTECTIVE**
                                         )   **ORDER AND ~~PROPOSED~~ ORDER**
20

**vs.**                                  )
                                         )
21

**THE COUNTY OF SAN JOAQUIN, and**       )
                                         )
22

**MANUEL ANDRADE,**                      )
                                         )
23

                          **Defendants.** )
                                         )
24

_____  )

25

26

It is hereby agreed and stipulated between the Plaintiff, JONATHAN EARL DANNER

27

and Defendants COUNTY OF SAN JOAQUIN and MANUEL ANDRADE that all documents

28

produced in this case pursuant to <u>Fed. Rules Civ. Proc., rules 26, 30, 34 & 45</u> shall be governed by this protective order.

The documents shall be used by the parties solely for the purpose of prosecuting and defending the above captioned case.  The documents shall not be duplicated, reproduced, transmitted, or communicated to any person for any reason other than counsel; clients; experts retained for the purpose of furthering the defense of or prosecution of the plaintiff's case; deposition and trial witnesses; mediator or third party neutral; or the court.  The copying of produced documents is to be conducted in-house and shall not be done by outside third party vendors.

All copies of protected documents distributed by counsel to any party for purpose of prosecuting or defending the litigation shall be returned to counsel at the conclusion of the litigation.

This Order shall constitute a protective order pursuant to <u>Fed. Rules Civ. Proc., rule 26(c)</u> and shall be enforceable as set forth therein.

STIPULATED AND AGREED.

DATED: June 22, 2016          **MAYALL HURLEY, P.C.**

                                            */s/ Mark E. Berry*
                                     By_____
                                            MARK E. BERRY, ESQ.
                                            Attorney for Defendants, COUNTY OF SAN
                                            JOAQUIN and MANUEL ANDRADE

DATED: June 22, 2016          **THE LAW OFFICE OF JUSTIN KIRK TABAYOYON**

                                            */s/ Justin Kirk Tabayoyon*
                                            (as authorized on 6/22/16)
                                     By_____
                                            JUSTIN KIRK TABAYOYON, ESQ.
                                            Attorney for Plaintiff, JONATHAN EARL
                                            DANNER

## ORDER

Having considered the stipulation of the parties and good cause appearing, the court hereby GRANTS the parties' foregoing stipulation for a protective order over all documents produced in this case.


IT IS SO ORDERED.


DATED: June 22, 2016

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE