UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN EARL DANNER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No. 2:15-cv-887-MCE-EFB PS<br><br>ORDER MODIFYING THE INITIAL<br>PRETRIAL SCHEDULING ORDER |

Defendants move to modify the court's scheduling order to extend the date for completion of discovery.[1] ECF No. 38. Good cause appearing, the motion is granted and the May 4, 2016 scheduling order is modified as follows:

1. All discovery, except for expert discovery, shall be completed by September 13, 2017. Motions to compel discovery must be heard no later than August 23, 2017.

2. Expert disclosures shall be served no later than November 13, 2017, and any rebuttal disclosures shall be made by December 13, 2017.

/////

/////

/////

---

[1] This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

3. All pretrial motions, except motions to compel discovery, shall be heard no later than February 7, 2018.

DATED: July 6, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE