| | |
|---|---|
| MATTHEW C. TABO, ESQ. (S.B. # 290967)<br>THE TABO LAW FIRM<br>331 J Street, Suite 200<br>Sacramento, CA 95814<br>Telephone: (916) 504-2660<br>Fax: (916) 672-0102<br><br>Attorney for Plaintiff, JONATHAN EARL DANNER | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EARL DANNER,<br><br>    Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN JOAQUIN, and MANUEL ANDRADE,<br><br>    Defendants. | Case No. 2:15-cv-00887-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE OPPOSITION AND CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: 1/30/2017 |

    Having considered Plaintiff's Ex parte Application (ECF No. 48), Defendants' objection and good cause appearing, said Ex Parte Application is GRANTED. Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed no later than November 16, 2017. Defendants may file a reply to Plaintiff's opposition no than November 23, 2017. The hearing thereon shall be continued to November 30, 2017. In order to accommodate new counsel, the deadline for completing fact discovery is also extended to October 17, 2017.

    IT IS SO ORDERED.

Dated: August 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE