UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EARL DANNER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN and MANUEL ANDRADE,<br><br>Defendants. | No. 2:15-cv-00887-MCE-EFB<br><br><br>**ORDER** |

Presently before the Court is an Application for Modification of the Court's Scheduling Order, made pursuant to Federal Rule of Civil Procedure 16(b), by Defendants County of San Joaquin and Matthew Andrade. According to the Application, while the Court recently extended the time within which to conduct discovery until October 17, 2017, no modification to the subsequent deadlines for expert disclosure were made. Given the fact that the fact discovery extension was made in the context of the scheduling of Defendants' Motion for Summary Judgment, Defendants ask that initial expert disclosure be continued until sixty (60) days after an order is issued adjudicating Defendants' summary judgment request, with rebuttal experts being disclosed thirty days thereafter. No opposition was made to Defendants' Application on behalf of the Plaintiff.

On March 21, 2018, this Court issued its Memorandum and Order granting Defendants' Motion in part and denying it in part. ECF No. 61. Given that Order,

Plaintiff's non-opposition to Defendants' extension request, and good cause appearing, Defendants' Application (ECF No. 55) is GRANTED.[1]  Expert witnesses shall be designated not later than sixty (60) days following the date this Order is electronically filed.  Supplemental experts, if any, must be disclosed within thirty (30) days following that initial designation.

    IT IS SO ORDERED.

Dated: March 30, 2018

_____<br>
MORRISON C. ENGLAND, JR<br>
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).