MATTHEW C. TABO, ESQ. (S.B. # 290967)
THE TABO LAW FIRM
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 504-2660
Fax: (916) 672-0102

Attorney for Plaintiff, JONATHAN EARL DANNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EARL DANNER,<br><br>　　Plaintiff,<br>V.<br><br>THE COUNTY OF SAN JOAQUIN, and MANUEL ANDRADE,<br>　　Defendants. | **Case No. 2:15-cv-00887-MCE-EFB**<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF DEADLINE RE: PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff JONATHAN EARL DANNER ("Plaintiff") and Defendants THE COUNTY OF SAN JOAQUIN and MANUEL ANDRADE ("Defendants"), do hereby enter into this stipulation (hereinafter "Stipulation") and request that the Court:

1. Modify the deadline for the Plantiff's reply to Defendant's Opposition of Plaintiff's Motion for Summary Judgment to February 15, 2019 at 11:59 PM.

//

//

//

Defendants and Plaintiff, by and through their attorneys of record, hereby stipulate and agree to the foregoing modification of deadline.

Dated: 2/14/2019

/s/ *Matthew C. Tabo*
_____
MATTHEW C. TABO
Attorney for Plaintiff

Dated: 2/14/2019

/s/ *Mark E. Berry*
_____
MARK E. BERRY
Attorney for Defendants

## **ORDER**

By stipulation of the parties and good cause appearing therefor, the Court hereby orders that the deadline for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary judgment is extended to February 15, 2019 at 11:59 PM. The previous deadline of February 14, 2019 is hereby vacated.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE