1  MATTHEW C. TABO, ESQ. (S.B. # 290967)
   THE TABO LAW FIRM
2  331 J Street, Suite 200
   Sacramento, CA 95814
3  Telephone:   (916) 504-2660
   Fax:         (916) 672-0102
4
   Attorney for Plaintiff, JONATHAN EARL DANNER
5

6             IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9
   JONATHAN EARL DANNER,                  Case No. 2:15-cv-00887-MCE-EFB
10
        Plaintiff,                        **STIPULATION AND ORDER FOR**
11 V.                                     **MODIFICATION OF DEADLINE RE:**
                                          **SUBMITTING JOINT NOTICE OF**
12 THE COUNTY OF SAN JOAQUIN, and         **TRIAL READINESS**
   MANUEL ANDRADE,
13      Defendants.

14

15

16
   Plaintiff JONATHAN EARL DANNER ("Plaintiff") and Defendants THE COUNTY OF SAN
17
   JOAQUIN and MANUEL ANDRADE ("Defendants"), do hereby enter into this stipulation
18
   (hereinafter "Stipulation") and request that the Court:
19

20
     1. Modify the deadline for submitting a Joint Notice of Trial Readiness Statement to
21
        October 3, 2019 at 11:59 PM.
22
   //
23
   //
24
   //
25            **STIPULATION OF THE PARTIES**
       *Danner v. County of San Joaquin*, 2:15-CV-00887-MCE-EFB
                           1

Defendants and Plaintiff, by and through their attorneys of record, hereby stipulate and agree to the foregoing modification of deadline.

Dated: 8/16/2019

/s/ Matthew C. Tabo
_____
MATTHEW C. TABO
Attorney for Plaintiff

Dated: 8/16/2019

/s/ Mark E. Berry
_____
MARK E. BERRY
Attorney for Defendants

## **ORDER**

By stipulation of the parties and good cause appearing therefor, the Court hereby Orders that the deadline for Joint Notice of Trial Readiness is modified as follows:

The deadline for submitting said Joint Notice is hereby extended to October 3, 2019 at 11:59 PM. The previous deadline of August 19, 2019 is hereby vacated.

    IT IS SO ORDERED.

Dated: August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE