MATTHEW C. TABO, ESQ. (S.B. # 290967)
THE TABO LAW FIRM
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 504-2660
Fax: (916) 672-0102

Attorney for Plaintiff, JONATHAN EARL DANNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EARL DANNER,<br><br>　　　Plaintiff,<br>V.<br><br>THE COUNTY OF SAN JOAQUIN, and MANUEL ANDRADE,<br>　　　Defendants. | **Case No. 2:15-cv-00887-MCE-EFB**<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF DEADLINE RE: JOINT NOTICE OF TRIAL READINESS** |

Plaintiff JONATHAN EARL DANNER ("Plaintiff") and Defendants THE COUNTY OF SAN JOAQUIN and MANUEL ANDRADE ("Defendants") do hereby enter into this stipulation ("Stipulation") and agree as follows:

　　**WHEREAS**, the attorneys for Plaintiff and Defendants have met and conferred;

　　**AND WHEREAS**, the Plaintiff and Defendants agree that further time is needed to submit the Joint Notice of Trial Readiness to allow the parties more time to meet and confer and to properly provide a complete and concise statement of all relevant information required by Local Rule 281 (Federal R. Civ. P. 16);

Based on the foregoing, Plaintiff and Defendants respectfully request that this Court approve this Stipulation to the following:

1. Modify the deadline for Joint Notice of Trial Readiness to November 17, 2019 at 11:59 PM.

Defendants and Plaintiff, by and through their attorneys of record, hereby stipulate and to the foregoing modification of said deadline.

Dated: 9/30/2019

/s/ *Matthew C. Tabo*
_____
MATTHEW C. TABO
Attorney for Plaintiff

Dated: 9/30/2019

/s/ *Mark E. Berry*
_____
MARK E. BERRY
Attorney for Defendants

### **ORDER**

In accordance with the stipulation of the parties and good cause appearing, the Court hereby Orders that the deadline for Joint Notice of Trial Readiness is modified as follows:

The deadline is extended to November 17, 2019 at 11:59 PM. The previous deadline of October 3, 2019 is hereby vacated.

IT IS SO ORDERED.

DATED: October 3, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE