**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
MARK E. BERRY (SBN: 155091)
mberry@mayallaw.com
Attorneys for Defendants,
COUNTY OF SAN JOAQUIN and
MANUEL ANDRADE

**THE TABO LAW FIRM**
Matthew C. Tabo, Esq. (SBN: 290967)
331 J Street, Suite 200
Sacramento, CA 95814
Phone: (916) 504-2660
Fax: (916) 672-0102
Attorneys for Plaintiff,
JONATHAN EARL DANNER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN EARL DANNER,**<br><br>Plaintiff,<br><br>v.<br><br>**THE COUNTY OF SAN JOAQUIN, and MANUEL ANDRADE**<br><br>Defendants. | Case No.: 2:15-CV-00887-MCE-JDP<br><br>**ORDER FOR DISMISSAL OF ALL PARTIES** |

Pursuant to the stipulation of the parties, the entire action is dismissed with prejudice with each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED: February 23, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE